ACCEPTED
05-14-01299-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/2/2015 11:00:03 AM
LISA MATZ
CLERK

Cause No. 05-14-01299-CV

| | | |
|---|---|---|
| IN THE INTEREST OF | * | IN THE APPEALS COURT |
| | * | |
| J.C. et al | * | 5TH COURT OF APPEALS |
| | * | |
| MINOR CHILDREN | * | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/2/2015 11:00:03 AM
LISA MATZ
Clerk

<u>COVER SHEET: COPY OF ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL</u>

       Attached to this cover sheet is a copy of the Order on Motion for Withdrawal of Counsel previously entered in the 303rd District Court under Cause No. DF-76-08723-V releasing Jan Holeywell-Smith as attorney of record for John Crear. For the Court's convenience, a copy of the Motion for Withdrawal of Counsel is also attached. The last known address for John Crear is 1046 Masters Ln., Snellville, GA 30078. Further communication should be directed to John Crear.

       The Clerk of the Court is requested to file the copy with the papers of the Court in this matter and to return a file stamped copy to the attorney whose information appears below.

Respectfully submitted,

/s/ Jan Holeywell-Smith

_____
Jan Holeywell-Smith, SBN: 24010109
6116 N. Central Expy., Ste. 901
Dallas, Texas 75206
214-369-0656, fax: 214-369-2980
jan.holey-smith@sbcglobal.net
Attorney for John Crear

*Cause No. 05-14-01299-CV*
*Cover Sheet: Order on Motion for Withdrawal of Counsel*      Page 1 of 1

NO. 76-08723-V

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| JEANETTA CREAR, ET AL | § | 303RD JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | DALLAS COUNTY, TEXAS |

## ORDER ON MOTION FOR WITHDRAW OF COUNSEL

On this day, the Court considered the Motion to Withdraw as Counsel of Movant, Jan Holeywell-Smith;

The Court finds that good cause exists for withdrawal of Jan Holeywell-Smith as counsel, and that the withdrawal of Jan Holeywell-Smith is not sought for delay only.

IT IS THEREFORE ORDERED that Jan Holeywell-Smith is permitted to withdraw as counsel of record for John Crear in this case.

The Court orders that Jan Holeywell-Smith immediately notify John Crear in writing of any additional settings or deadlines of which Jan Holeywell-Smith now has knowledge and has not already notified John Crear: none

SIGNED ON November 45, 2014.

_____
JUDGE PRESIDING

Agreed for entry:

_____
John Crear, Respondent

Cause No. DF-76-08723-V; *In the Interest of Crear Children*
Order on Motion for Withdrawal of Counsel

Page 1 of 1

FILED
DALLAS COUNTY
10/24/2014 3:28:39 PM
GARY FITZSIMMONS
DISTRICT CLERK

NO. 76-08723-V

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| JEANETTA CREAR, ET AL | § | 303RD JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | DALLAS COUNTY, TEXAS |

## MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Jan Holeywell-Smith, who is attorney of record for John Crear. Jan Holeywell-Smith requests the Court to grant her permission to withdraw as attorney for John Crear in this case. In support, Jan Holeywell-Smith shows:

Good cause exists for withdrawal of Jan Holeywell-Smith as counsel, in that John Crear no longer wishes to retain Jan Holeywell-Smith as his attorney of record.

A copy of this motion has been delivered to John Crear, who is hereby notified in writing of his right to object to this motion. John Crear provided written notice to the undersigned counsel of her request that she withdraw via email. The last known address of John Crear is 1046 Masters Ln., Snellville, GA 30078.

There are no pending settings or deadlines, including discovery deadlines, in this case. Respondent, John Crear, has filed a notice of appeal of the Court's decision to the Court of Appeals. Petitioner has requested that the issues in this case be mediated with Vickie Alexander.

### Notice to Client

You are hereby notified that this Motion for Withdrawal of Counsel is set for hearing at the time and place stated below. You do not have to agree to this motion. If you wish to contest the withdrawal of Jan Holeywell-Smith as your attorney, you should appear at the hearing. If you do not oppose Jan Holeywell-Smith's withdrawal as your attorney, you may notify Jan Holeywell-Smith in writing of your consent to this motion.

Jan Holeywell-Smith prays that the Court enter an order discharging him as attorney of record for John Crear.

/s/ Jan Holeywell-Smith
Jan Holeywell-Smith
State Bar No. 00789811
6116 N Central Expy, Ste 901
Dallas, Texas 75206
Tel: (214) 369-0656
Fax: (214) 369-2980

Cause No. DF-76-08723-V; *In the Interest of Crear Children*
Motion for Withdrawal of Counsel

Page 1 of 2

E-Mail: jan.holey-smith@sbcglobal.net
Attorney for John Crear.


Agreed:


_____
John Crear,
Respondent


## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on October 24, 2014.

/s/ Jan Holeywell-Smith
Jan Holeywell-Smith
Attorney for John Crear